IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Autoscribe Corporation,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:23-cv-00364-JRG |
| | § | |
| **Fortis Payment Systems, LLC,** | § | Jury Trial Demanded |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER GRANTING DEFENDANT FORTIS PAYMENT SYSTEMS, LLC'S OPPOSED MOTION TO TRANSFER TO THE EASTERN DISTRICT OF MICHIGAN**

Before the Court is Defendant Forits Payment Systems, LLC's Opposed Motion to Transfer Venue to the Eastern District of Michigan under 28 U.S.C. § 1404(a). Having considered the briefing, the Court **GRANTS** this Motion.

**IT IS THEREFORE ORDERED** that this case be **TRANSFERRED** to the Eastern District of Michigan.