# EXHIBIT C

## Contact

www.linkedin.com/in/brian-downey-1b23901 (LinkedIn)

## Top Skills

Microsoft SQL Server
Banking
.NET

# Brian Downey

Chief technology officer responsible for all technology within Autoscribe tech stack
New Alexandria, Virginia, United States

## Experience

**Autoscribe Corporation**
20 years 8 months

Chief Technology Officer
November 2013 - Present (10 years)
Gaithersburg, Maryland, United States

Manager of Application Development
March 2003 - November 2013 (10 years 9 months)

**Viamericas Corporation**
Senior Developer
2001 - 2003 (2 years)

**ZonaFinanciera.com**
Web Developer
1999 - 2001 (2 years)

---

## Education

Fordham University
BA, English · (1995 - 1999)

St. Joseph Prep
 · (1991 - 1995)

## Contact

www.linkedin.com/in/rob-pollin-b917466 (LinkedIn)
paymentvision.com (Company)
paymentvision.com (Company)
ibankregistry.com (Company)

## Top Skills

Strategic Consulting
Start-ups
Entrepreneurship

## Patents

Automated System and Method for Processing Payments

# Rob Pollin

CEO & Founder at Autoscribe Corporation
Fort Lauderdale, Florida, United States

## Summary

Experienced Chief Executive Officer with a demonstrated history of working in the financial services industry. Skilled in Electronic Payments, E-commerce, Entrepreneurship, Credit Cards, and Strategic Partnerships. Strong business development professional graduated from University of Maryland.

---

## Experience

**Entrepreneurs' Organization**
Member
1994 - Present (29 years)

**Portfolio of Companies**
Owner
January 1992 - Present (31 years 10 months)

**Autoscribe Corporation**
35 years

CEO & Founder
January 1989 - Present (34 years 10 months)
Fort Lauderdale, Florida

President & CEO
1988 - Present (35 years)

---

## Education

**University of Maryland**
Electrical Engineering / Marketing / Economics

**Walt Whitman HS - University of Maryland**

Page 1 of 1

## Contact

www.linkedin.com/in/seanfleming (LinkedIn)

## Patents

System and method for registering financial accounts

System and method for registering financial accounts

# Sean Fleming, AAP, CTP, CSPO

Product Director at PaymentVision

Germantown, Maryland, United States

## Summary

Specialties: Accredited ACH Professional (AAP)

Certified Treasury Professional (CTP)

---

## Experience

**PaymentVision**
22 years 11 months

Product Director
August 2011 - Present (12 years 3 months)

Director, Web Services
December 2000 - August 2011 (10 years 9 months)

**Autoscribe**
Product Manager
October 2006 - February 2008 (1 year 5 months)

**Autoscribe**
Key Account Executive
2003 - 2006 (3 years)

**Autoscribe**
Account Executive
2000 - 2001 (1 year)

---

## Education

University of Maryland
Marketing and Logistics Management