# EXHIBIT D



| Flight | | Roundtrip | Roundtrip | Roundtrip | Roundtrip | Roundtrip |
|---|---|---|---|---|---|---|
| 7:28 AM — 12:02 PM<br>DTW — 5H, 34M — DFW<br>ORD — 1H, 10M<br>Includes Travel Operated by SkyWest dba United Express<br>Details · Seats · 246 kg $CO_2$ | 1 STOP | $205<br>United Economy (N) | $285<br>United Economy (K) | $345<br>United Economy (K) | $505<br>United Economy (K) | $723<br>United First (P) |
| 1:59 PM — 6:34 PM<br>DTW — 5H, 35M — DFW<br>ORD — 1H, 21M<br>Includes Travel Operated by SkyWest dba United Express<br>Details · Seats · 252 kg $CO_2$ | 1 STOP | $200<br>United Economy (N) | $280<br>United Economy (K) | $340<br>United Economy (K) | $508<br>United Economy (K) | $640<br>United First (P) |
| 4:33 PM — 9:29 PM<br>DTW — 5H, 56M — DFW<br>IAH — 1H, 11M<br>Includes Travel Operated by Mesa Airlines dba United Express<br>Details · Seats · 284 kg $CO_2$ | 1 STOP | $200<br>United Economy (N) | $280<br>United Economy (K) | $340<br>United Economy (K) | $508<br>United Economy (K) | $1,340 |
| 5:44 PM — 10:45 PM<br>DTW — 6H, 1M — DFW<br>ORD — 1H, 50M<br>Details · Seats · 238 kg $CO_2$ | 1 STOP | $200<br>United Economy (N) | $280<br>United Economy (K) | $340<br>United Economy (K) | $508<br>United Economy (K) | $640<br>United First (P) |
| 11:05 AM — 4:09 PM<br>DTW — 6H, 4M — DFW<br>IAH — 1H, 23M | 1 STOP | $205<br>United Economy (N) | $285<br>United Economy (K) | $345<br>United Economy (K) | $513<br>United Economy (K) | $645<br>United First (P) |

Site Feedback