# EXHIBIT E

🕐 Best Rate held for: 14:50

1:  EDIT ITINERARY          2:  CHOOSE A CAR          3:  MAKE YOUR RENTAL EVEN          4:  REVIEW & BOOK
                                                            BETTER



**Dallas Fort Worth Airport**
Jan 30, 10:00 AM • Jan 31, 5:00 PM

---

| Electric Vehicle | | Electric Vehicle |







| **Tesla Model 3** | **ELECTRIC VEHICLE** <br> **Trip Planner** | **Tesla Model 3** |
| (E7)Tesla Model 3 Standard Range ⓘ | | (E8) Tesla Model 3 Long Range ⓘ |

Booking an EV? Find the best places to charge along your route.

**Find Chargers Near You**

👤 5   🧳 3   ⚙ A   🔋 260 mile range

👤 5   🧳 3   ⚙ A   🔋 358 mile range

**106.04** USD Per Day

(242.56 USD Approx Tot)

Select

**121.95** USD Per Day

(276.05 USD Approx Tot)

Select

---







**Standard 5 Passeng...**

(L) Chevrolet Equinox or similar ⓘ

👤 5   🧳 4   ⚙ A   ⏲ 21 mpg

**Large Sedan**

(F) Chevrolet Malibu or similar ⓘ

👤 5   🧳 4   ⚙ A   ⏲ 19 mpg

**Small SUV**

(Q4) Nissan Rogue or similar ⓘ

👤 5   🧳 4   ⚙ A   ⏲ 25 mpg

🕐 Best Rate held for: 14:50

(244.33 USD Approx Tot)    **Select**

(245.28 USD Approx Tot)    **Select**

(252.62 USD Approx Tot)    **Select**



### Large Premium Sed...

(G) Nissan Maxima or similar ⓘ

👤 5    🧳 4    ⚙ A    🎛 27 mpg

**125.26** USD Per Day

(283.02 USD Approx Tot)    **Select**



### Large SUV

(T) GMC Yukon or similar ⓘ

👤 7    🧳 4    ⚙ A    🎛 19 mpg

**173.20** USD Per Day

(383.90 USD Approx Tot)    **Select**



### Minivan

(R) Chrysler Pacifica or similar ⓘ

👤 7    🧳 5    ⚙ A    🎛 23 mpg

**114.10** USD Per Day

(259.52 USD Approx Tot)    **Select**




### Large Luxury Sedan

(I) Chrysler 300 or similar ⓘ

👤 5    🧳 5    ⚙ A    🎛 20 mpg

**155.02** USD Per Day

(345.63 USD Approx Tot)    **Select**



### Small Sedan

(B) Ford Focus or similar ⓘ

👤 5    🧳 2    ⚙ A    🎛 39 mpg

**105.26** USD Per Day

(240.93 USD Approx Tot)    **Select**



### Small Elite Sedan

(X6) Mercedes CLA250/Audi A3 or similar ⓘ

👤 5    🧳 3    ⚙ A    🎛 42 mpg

**163.15** USD Per Day

(362.75 USD Approx Tot)    **Select**

🕐 Best Rate held for: 14:50



### Medium Sedan

(C) Mazda 3 4-door or similar ⓘ

👤 5   🧳 3   🚙 A   🌡 33 mpg

**104.03** USD
Per
Day

(238.33 USD
Approx Tot)

**Select**



### Intermediate Electri...

(C4) Polestar 2 or similar ⓘ

👤 5   🧳 4   🚙 A   🔋 249 mile range

**100.74** USD
Per
Day

(231.42 USD
Approx Tot)

**Select**



### Standard 2/4 Door

(D) VW Jetta or similar ⓘ

👤 5   🧳 3   🚙 A   🌡 28 mpg

**107.33** USD
Per
Day

(245.28 USD
Approx Tot)

**Select**



### Medium Elite Sedan

(P4) Infiniti Q50 or similar ⓘ

👤 5   🧳 4   🚙 A   🌡 28 mpg

**163.15** USD
Per
Day

(362.75 USD
Approx Tot)

**Select**



### Compact SUV

(B4) Buick Encore or similar ⓘ

👤 5   🧳 2   🚙 A

**112.70** USD
Per
Day

(256.57 USD
Approx Tot)

**Select**



Electric Vehicle

### Electric Small SUV

(E1) Chevrolet Bolt EUV or similar ⓘ

👤 5   🧳 2   🚙 A   🔋 253 mile range

**61.02** USD Per
Day

(148.31 USD
Approx Tot)

**Select**

Electric Vehicle

🕐 Best Rate held for: 14:50



### Small Luxury SUV

(H4) Infiniti QX50 or similar ⓘ

| 👤 5 | 🧳 4 | ⚙️ A | ⏱️ 19 mpg |

**110.54** USD
Per Day

(252.03 USD Approx Tot)

**Select**



### Tesla Model Y

(E9) Tesla Model Y ⓘ

| 👤 5 | 🧳 3 | ⚙️ A | 🔋 303 mile range |

**112.01** USD
Per Day

(255.13 USD Approx Tot)

**Select**



### Medium Luxury SUV

(T4) Cadillac XT5 or similar ⓘ

| 👤 5 | 🧳 4 | ⚙️ A | ⏱️ 20 mpg |

**110.54** USD
Per Day

(252.03 USD Approx Tot)

**Select**



### Extra Capacity Larg...

(T6) Chevrolet Suburban or similar ⓘ

| 👤 7 | 🧳 6 | ⚙️ A | ⏱️ 19 mpg |

**208.20** USD
Per Day

(457.55 USD Approx Tot)

**Select**



### Large Elite SUV

(P6) Infiniti QX80 or similar ⓘ

| 👤 7 | 🧳 4 | ⚙️ A | ⏱️ 18 mpg |

**176.04** USD
Per Day

(389.86 USD Approx Tot)

**Select**



### Standard 8 Passeng...

(R2) Toyota Sienna or similar ⓘ

| 👤 8 | 🧳 5 | ⚙️ A |

**125.51** USD
Per Day

(282.78 USD Approx Tot)

**Select**





🕐 Best Rate held for: 14:50



similar ⓘ

👤 12   🧳 2   ⊞ A   ⏲ 17 mpg

**179.00** USD Per Day

(396.10 USD Approx Tot)

**Select**

👤 5   🧳 3   ⊞ A   ⏲ 50 mpg

**93.64** USD Per Day

(216.47 USD Approx Tot)

**Select**

Display all (37)

Rental Qualifications and Requirements

**Key**

**Hertz.com**

**Top US Rental Car Locations**

**About Hertz**

**Products and Services**

**Customer Support**

**Traveler Resources**

**Business to Business**

**Featured Products**

🕐 Best Rate held for: 14:50

---

**Travel Advisors**

**Hertz Businesses**



© 2023 Hertz System, Inc. All rights reserved. Privacy Policy | Subpoena Requests | GDPR | Terms of Use | Do Not Sell/Share My Personal Information | Vehicle Photos © Evox Images

Manage my
Cookies