# EXHIBIT F

 **Dallas/Fort Worth International Airport to Marshall, Texas**  Drive 179 miles, 2 hr 37 min



| | via I-20 E | 2 hr 37 min |
|---|---|---|
| | Fastest route now due to traffic conditions ⚠ This route has tolls. | 179 miles |
| | via US-80 E and I-20 E | 2 hr 43 min |
| | | 169 miles |
| | via US-175 and I-20 E | 2 hr 52 min |
| | | 172 miles |

### Explore Marshall



Restaurants    Hotels    Gas stations    Parking Lots    More