# EXHIBIT G



Going to
Marshall, Texas, United States of Am...

Dates
Jan 30 - Jan 31

Travelers
1 traveler, 1 room

⚙ Sort & Filter

View in a map

98 properties

See how we pick our recommended properties ⓘ

K   Save 10% or more on over 100,000 hotels worldwide when you're signed in        Sign in



Ad

### Best Western Executive Inn

Marshall

☕ Breakfast included   ⩩ Pool

We have 1 left at

**$109**
$123 total
includes taxes & fees


8.2   **Very Good**
440 reviews



## Clarion Pointe Marshall
Marshall

☕ Breakfast included   ≈ Pool

We have 3 left at

**$109**
$123 total
includes taxes & fees

9.2 **Wonderful**
172 reviews

## Holiday Inn Express & Suites Marshall, an IHG Hotel
Marshall

☕ Breakfast included   ≈ Pool

**$139**
$157 total
includes taxes & fees

8.6 **Excellent**
427 reviews

## La Quinta Inn & Suites by Wyndham Marshall
Marshall

☕ Breakfast included   ≈ Pool

**$84**
$95 total
includes taxes & fees

7.0 **Good**
842 reviews

## Quality Inn Marshall
Marshall

☕ Breakfast included   ≈ Pool

**$89**
$101 total
includes taxes & fees

8.2 **Very Good**
564 reviews

## Best Western Executive Inn
Marshall

☕ Breakfast included   ≈ Pool

We have 1 left at

**$109**
$123 total
includes taxes & fees

8.2 **Very Good**
440 reviews

## Days Inn & Suites by Wyndham Marshall
Marshall

☕ Breakfast included   ≈ Pool

Fully refundable
Reserve now, pay later

We have 8 left at

**$80**
$90 total
includes taxes & fees

6.2   459 reviews

## Hampton Inn Marshall
Marshall

☕ Breakfast included   ≈ Pool   🛁 Hot tub

We have 2 left at

**$144**
$162 total
includes taxes & fees

8.6 **Excellent**
387 reviews

## Days Inn & Suites by Wyndham Marshall
Marshall

☕ Breakfast included   ≈ Pool