IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00364-JRG |
| FORTIS PAYMENT SYSTEMS, LLC, | § § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Plaintiff Autoscribe Corporation's ("Autoscribe") Unopposed Motion for Leave to Conduct Expedited Venue Discovery (the "Motion"). (Dkt. No. 18.) Defendant Fortis Payment Systems, LLC ("Fortis") previously filed an opposed Motion to Transfer to the Eastern District of Michigan (the "Motion to Transfer"). (Dkt. No. 17.) In the Motion, Plaintiff requests leave to conduct limited, expedited venue discovery for the purpose of resolving the Motion to Transfer. (Dkt. No. 18 at 1.) Defendant Fortis Payment Systems, LLC ("Fortis") does not oppose the Motion, nor the specific relief Plaintiff seeks therein. (*Id.* at 1, 4.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** as follows:

1. Venue related discovery shall be completed within sixty (60) days of the issuance of this Order permitting venue-related discovery;

2. Venue related discovery shall be limited to the issues raised in the Motion to Transfer (Dkt. No. 17) and exhibits/declaration, Fortis and its affiliates' contacts with and within Texas, information regarding Fortis's direction and control of physical locations in this Forum, Fortis's direction and control of any corporate entity, subsidiary, or employee operating in

this Forum, the identities of Fortis affiliates which are involved in the activities Autoscribe has accused;

3. Autoscribe may serve no more than (8) interrogatories and ten (10) document requests to Fortis by December 22, 2023;

4. Fortis shall respond to Autoscribe's discovery requests and produce responsive documents, if any, by January 23, 2023;

5. Autoscribe may conduct a 30(b)(6) deposition of Fortis limited to seven (7) hours total on the record on or before February 14, 2023;

6. Autoscribe's Response to the Motion to Transfer (Dkt. No. 17) shall be filed by March 4, 2024;

7. Fortis may file a Reply on or before March 18, 2024; and

8. The foregoing discovery shall not count toward the discovery limits set forth in the Court's standing Discovery Order.

**So ORDERED and SIGNED this 18th day of December, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE